UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

August 30, 2000

_____FILED   _____ENTERED
_____LODGED  _____RECEIVED

AUG 3 1 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

MEMORANDUM TO COUNSEL RE:   Allen E. Marquardt, Jr. v.
Home Depot USA, Inc.
Civil #L-00-1160

Dear Counsel:

    I thank Mr. Cahill for his letter of August 16th. As requested, the dates in the Court's July 17th Scheduling Order are hereby extended by 60 days. The trial will be set for the two-week period beginning May 14, 2001.

Very truly yours,

/s/ Legg

Benson Everett Legg

c:   Court file